UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:11-cr-286-PMP-CWH |
|---|---|
| Plaintiff, | ORDER FOR SENTENCE NUNC PRO TUNC |
| vs. | |
| ANTHONY NEWTON, | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED, that Mr. Newton's federal prison sentence be calculated by the Bureau of Prisons since the date of his arrest, July 19, 2011.

DATED this 16th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE